ENTERED ON DOCKET

JUL 14 2006

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-66832-CRM |
| | ) | |
| JACOB MALHERBE, | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| DEBTOR. | ) | JUDGE MULLINS |
| | ) | |
| | ) | |
| HANSEN & HUNDEBOL, INC., a | ) | |
| GEORGIA CORPORATION and | ) | |
| DEVELOPMENT CENTER HANSEN & | ) | |
| HUNDEBOL A/S, a CORPORATION | ) | |
| OF DENMARK, | ) | |
| | ) | ADVERSARY PROCEEDING |
| Plaintiff, | ) | CASE NO. 05-06298 |
| | ) | |
| v. | ) | |
| | ) | |
| JACOB MALHERBE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

Upon Hansen & Hundebol, Inc. ("HH") and Development Center Hansen &

Hundebol, A/S ("DCHH," with HH the "Plaintiffs") having filed suit against Jacob

Mahlerbe ("Debtor"), and upon the entry of the Court's Consent Order Granting Joint

Motion to (1) Approve Terms of Dismissal of Claims Under 11 U.S.C. § 727 From

Adversary Proceeding Pursuant to Bankruptcy Rule 7041, (2) Approve Agreement for

Relief From the Automatic Stay of 11 U.S.C. § 362 Pursuant to Bankruptcy Rule 4001(d)

and (3) Grant Other Relief (the "Order") in this matter on July 13, 2006,

Judgment is hereby entered against Debtor pursuant to 11 U.S.C. § 523 in the

amount of $494,000.00 in punitive damages, $350,000.00 in attorneys' fees, and

1463944 v03

$420,000.00 in compensatory damages, plus post-judgment interest on the State Court

Judgment in the amount of $961,856.32 as of May 25, 2006, with interest accruing at the

per diem rate of $415.56 thereafter, plus interest on this Judgment entered in this

Adversary Proceeding, accruing from the date of entry at the rate of twelve percent (12%)

per annum; and

A Writ of Execution shall issue on this Judgment forthwith.

SO ORDERED THIS __13__ day of __July__, 2006.

_____
C. RAY MULLINS,
UNITED STATES BANKRUPTCY JUDGE

**PREPARED BY:**

By: _____
Warren W. Wills, Jr.
Georgia Bar No. 767400
Daniel P. Sinaiko
Georgia Bar No. 648848

Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Tel No.: (404)233-7000
Fax No.: (404) 365-9532

Attorneys for Hansen & Hundebol, Inc.
and Development Center Hansen &
Hundebol, A/S

**APPROVED BY:**

By: _____
G. Frank Nason, IV
Georgia Bar No. 535160

Lamberth Cifelli Stokes & Stout, P.A.
550 E. Tower
3343 Peachtree Road, NE
Atlanta, Georgia 30326
Tel No.: (404) 262-7373
Fax No.: (404) 262-9911

Attorney for Debtor

1463944 v03